UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-1412 CAS (SPx) | Date | February 27, 2013 |
|---|---|---|---|
| Title | SMSW ENTERPRISES, LLC, ET AL. V. HALBERD CORPORATION, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | N/A | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants | |
| n/a | | n/a | |

**Proceedings:**   PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER (Docket #3, filed February 26, 2013)

ORDER TO SHOW CAUSE RE: WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

     Plaintiffs filed the instant action in this Court on February 26, 2013. Plaintiffs' complaint asserts claims for (1) securities fraud, (2) specific performance, (3) interference with prospective economic advantage, (4) declaratory relief, and (5) injunctive relief. The gravamen of plaintiffs' complaint is that defendants have wrongfully prevented the transfer of shares of common stock owned by plaintiffs.

     Also on February 26, 2013, plaintiffs filed an ex parte application for a temporary restraining order, seeking an order mandating that defendant Interstate Transfer Company execute a transfer of plaintiff's stock, and preventing the remaining defendants from interfering with the transfer.

     The Court finds that no temporary restraining order should issue, for two reasons. First, plaintiffs have not filed proof of service, and there is no cause shown for granting relief without notice to defendants. Second, plaintiffs have not shown that there is an emergency that will lead to "immediate and irreparable injury" if a temporary restraining order does not issue. Fed. R. Civ. Proc. 65.

     Although the Court finds that a temporary restraining order should not issue at present, the Court ORDERS defendants to show cause as to why a preliminary injunction

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-1412 CAS (SPx) | Date | February 27, 2013 |
|---|---|---|---|
| Title | SMSW ENTERPRISES, LLC, ET AL. V. HALBERD CORPORATION, ET AL. | | |

should not issue. The Court sets the following hearing and briefing schedule for plaintiffs' request for a preliminary injunction:

- Plaintiffs must complete service of process on defendants' by **March 8, 2013**.
- Defendants must file an opposition to plaintiffs' request for a preliminary injunction, Dkt. #3, by **March 18, 2013**.
- Plaintiffs must file a reply to defendants' opposition by **March 25, 2013**.
- A hearing regarding plaintiffs' request for a preliminary injunction will take place on **April 1, 2013**, at 10:00 AM.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | MS | | |