LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-01412 BRO (SPx) | Date | September 20, 2013 |
|---|---|---|---|
| Title | SMSW ENTERPRISES. LLC, ET AL. V. HALBERD CORP., ET AL. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

# ORDER TO SHOW CAUSE WHY SUMMARY JUDGMENT SHOULD NOT BE GRANTED

Defendants are ORDERED to show cause why Summary Judgment should not be granted to Plaintiffs, for failure to file an opposition. In this matter, Plaintiffs' motion for summary judgment is to be heard before the Court on September 30, 2013. Accordingly, Defendants' opposition should have been filed by September 10, 2013, pursuant to L.R. 7-9. Yet, to date, no opposition has been filed. Accordingly, Defendants must respond to this order by **Tuesday, September 24, 2013, at 4:00 p.m.** Failure to respond to this OSC will be deemed consent to grant the Summary Judgment.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | Cb (for rf) |