1  KENNETH G. EADE (SBN 93774)
   keneade@gmail.com
2  EADE PROFESSIONAL LAW CORP.
3  6399 Wilshire Blvd., Suite 507
   Los Angeles, CA  90048
4  Telephone:  323-782-8802
   Facsimile:  323-704-3539
5

6  *Attorney for Plaintiffs*
   SMSW ENTERPRISES, LLC,
7  23710 ENTERPRISES, LLC,
   5086 ENTERPRISES, LLC, and
8  966 THIRD AVENUE ENTERPRISES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMSW ENTERPRISES, LLC, a California limited liability company, 23710 ENTERPRISES, LLC, a California limited liability company, 5086 ENTERPRISES, LLC, a California limited liability company, and 966 THIRD AVENUE ENTERPRISES, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>HALBERD CORPORATION, a Nevada corporation, INTERSTATE TRANSFER COMPANY, business entity unknown, RUEBEN LOWING, an individual, HENRY LIGOURI, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 13-1412 BRO (SPx)<br><br>**JUDGMENT AGAINST HALBERD CORPORATION, INTERSTATE TRANSFER COMPANY, RUEBEN LOWING AND HENRY LIGOURI**<br><br><br>Date:        November 22, 2013<br>Ctrm.:       14, Spring St.<br>Judge:       Hon. Beverly Reid O'Connell |

- 1 -

JUDGMENT

IT APPEARING that the default of Defendants HALBERD CORPORATION and INTERSTATE TRANSFER COMPANY, have been duly entered by the Clerk of the Court, by reason of the failure of the Defendants to defend the Plaintiffs' Complaint, after having been duly served, and

THE COURT HAVING GRANTED the motion for summary judgment against Defendants RUEBEN LOWING and HENRY LIGOURI, and

IT APPEARING from the Declaration of Martin Katz that a sufficient factual basis exists for entering a Judgment in favor of Plaintiffs and against Defendants,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs have judgment against the Defendants, HALBERD CORPORATION, INTERSTATE TRANSFER COMPANY, RUEBEN LOWING and HENRY LIGOURI, jointly and severally, as follows:

IT IS DECLARED, ADJUDGED AND DECREED that the Defendants HALBERD CORPORATION and INTERSTATE TRANSFER COMPANY have the immediate duty to effectuate the transfer of the following shares of common stock of HALBERD CORPORATION to WILSON DAVIS & CO., pursuant to the instructions of the Plaintiffs and are ordered to do so forthwith:

a. 2.7 million shares represented by certificate 1204 in the name of SMSW ENTERPRISES, LLC (erroneously written as SMWS ENTERPRISES on the certificate), a California limited liability company;

b. 2.7 million shares, represented by certificate 1205 in the name of 23710 ENTERPRISES, LLC, a California limited liability company;

c. 2.7 million shares, represented by certificate 1206, in the name of 5086 ENTERPRISES, LLC, a California limited liability company; and

d. 2.7 million shares, represented by certificate 1203, in the name of 966 THIRD AVENUE ENTERPRISES, LLC, a California limited liability company.

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff SMSW ENTERPRISES, LLC is awarded damages against the Defendants HALBERD CORPORATION, INTERSTATE TRANSFER COMPANY, RUEBEN LOWING and HENRY LIGOURI, in the amount of $99,900, attorney's fees in the amount of $8,790, and costs in the amount of $975.50;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff 23710 ENTERPRISES, LLC is awarded damages against the Defendants HALBERD CORPORATION, INTERSTATE TRANSFER COMPANY, RUEBEN LOWING and HENRY LIGOURI, in the amount of $99,900, attorney's fees in the amount of $8,790, and costs in the amount of $975.50;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff 5086 ENTERPRISES, LLC is awarded damages against the Defendants HALBERD CORPORATION, INTERSTATE TRANSFER COMPANY, RUEBEN LOWING and HENRY LIGOURI, in the amount of $99,900, attorney's fees in the amount of $8,790, and costs in the amount of $975.50;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff THIRD AVENUE ENTERPRISES, LLC is awarded damages against the Defendants HALBERD CORPORATION, INTERSTATE TRANSFER COMPANY, RUEBEN LOWING and HENRY LIGOURI, in the amount of $99,900, attorney's fees in the amount of $8,790, and costs in the amount of $975.50.

**IT IS SO ORDERED.**

Dated: December 3, 2013

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge